UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Denise Taylor  
    James F Smith  
        Debtor(s)

Case No. 10 B 55430

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/15/2010.

2) The plan was confirmed on 04/19/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/18/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/02/2011.

5) The case was Completed on 12/01/2014.

6) Number of months from filing to last payment: 48.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $168,819.15.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $42,102.50 |
| Less amount refunded to debtor | $12.48 |
| **NET RECEIPTS:** | **$42,090.02** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,611.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,787.49 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,398.99** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Absolute Collect Svc | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| Absolute Collect Svc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Absolute Collect Svc | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| Advantage Assets, Inc | Unsecured | 1,313.00 | 1,313.39 | 1,313.39 | 146.21 | 0.00 |
| Affiliated Radiologist | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 846.35 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 6,275.00 | 4,981.57 | 4,981.57 | 554.53 | 0.00 |
| Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | 4,240.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 118.00 | 118.00 | 118.00 | 13.14 | 0.00 |
| CB USA Sears | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| CB USA Sears | Unsecured | 1,390.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 119.00 | 119.00 | 119.00 | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 40,093.00 | NA | NA | 0.00 | 0.00 |
| Citi Cards | Unsecured | 1,115.71 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,161.00 | 1,427.79 | 1,427.79 | 158.94 | 0.00 |
| Computer Credit Service Corp | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 6,606.00 | 19,224.41 | 19,224.41 | 2,139.99 | 0.00 |
| Dorothy Brown Clerk Of The Circuit | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Gibson & Sharps PSC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 265.00 | 512.32 | 512.32 | 57.03 | 0.00 |
| Hilco Receivables, LLC | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 250.00 | 888.83 | 888.83 | 98.94 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Healthcare And Family | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue 0414 | Priority | 82.92 | 75.42 | 75.42 | 75.42 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 7.50 | 7.50 | 0.83 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 8,918.41 | 8,918.41 | 992.77 | 0.00 |
| Internal Revenue Service | Priority | 1,222.78 | 1,461.65 | 1,461.65 | 1,461.65 | 0.00 |
| LTD Financial Services | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 901.00 | 904.41 | 904.41 | 100.68 | 0.00 |
| Midland Funding LLC | Unsecured | 437.00 | 437.79 | 437.79 | 48.73 | 0.00 |
| Nationstar Mortgage LLC | Secured | 244,728.49 | 10,860.49 | 10,860.49 | 10,860.49 | 0.00 |
| Nationstar Mortgage LLC | Secured | 244,728.49 | 226,384.35 | 226,384.35 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 649.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 102.00 | 102.73 | 102.73 | 11.44 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 127.00 | 610.75 | 610.75 | 67.99 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 4,373.00 | 1,390.28 | 1,390.28 | 154.77 | 0.00 |
| Quantum3 Group | Unsecured | 7,824.00 | 7,824.16 | 7,824.16 | 870.96 | 0.00 |
| Receivables Management Inc | Unsecured | 200.00 | 950.00 | 950.00 | 105.75 | 0.00 |
| Regional Acceptance Corp | Secured | 13,708.00 | 13,850.37 | 13,708.00 | 13,708.00 | 502.37 |
| Regional Acceptance Corp | Unsecured | 617.00 | 142.37 | 142.37 | 15.85 | 0.00 |
| Robert Morris College | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,028.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 7,601.00 | 40,256.73 | 40,256.73 | 4,481.24 | 0.00 |
| Sallie Mae | Unsecured | 1,642.00 | NA | NA | 0.00 | 0.00 |
| Security Credit Systems | Unsecured | 1,013.00 | NA | NA | 0.00 | 0.00 |
| Security Credit Systems | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| Shuvon Hudson | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| UNVL/CITI | Unsecured | 18,490.00 | NA | NA | 0.00 | 0.00 |
| Urology Specialists S C | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| VCS | Unsecured | 7,824.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Brook | Unsecured | 568.75 | 568.75 | 568.75 | 63.31 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $226,384.35 | $0.00 | $0.00 |
| Mortgage Arrearage | $10,860.49 | $10,860.49 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,708.00 | $13,708.00 | $502.37 |
| **TOTAL SECURED:** | **$250,952.84** | **$24,568.49** | **$502.37** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,537.07 | $1,537.07 | $0.00 |
| **TOTAL PRIORITY:** | **$1,537.07** | **$1,537.07** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,699.19** | **$10,083.10** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,398.99 |
| Disbursements to Creditors | $36,691.03 |
| **TOTAL DISBURSEMENTS:** | **$42,090.02** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/04/2015                    By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**